**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Wayne Derello,<br><br>              Plaintiff,<br><br>    vs.<br><br>Joseph M. Arpaio, et al.,<br><br>              Defendants. | No. CV-13-00081-PHX-PGR (BSB)<br><br>ORDER |

The Court having reviewed *de novo* the Magistrate Judge Bade's Report and Recommendation notwithstanding that no party has filed any objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 113) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the plaintiff's Notice of Third Amended Complaint (Doc. 99), construed as a motion to file a third amended complaint, is granted in part and denied in part. It is granted to the extent that the plaintiff shall file a Third Amended Complaint no later than **October 30, 2015**, that includes Counts One, Two and Three as they appear in the proposed Third Amended Complaint (Doc. 98). It is denied to the extent that the Third Amended Complaint

shall exclude Count Four of the proposed Third Amended Complaint (Doc. 98) and proposed defendant Sgt. Young.

DATED this 6th day of October, 2015.

_____
Paul G. Rosenblatt
United States District Judge